AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF

International Brotherhood of Electrical Workers, Local Union #99; Allen P. Durnad, et al., Trustees; and The Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association

V.

Advanced Network Technology Corporation; Ronald Bartone

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 05 042 ML

TO: (Name and address of defendant)

Stephen D. Zubiago, Esq., As Registered Agent for Advanced Network Technology
Nixon Peabody
One Citizens Plaza, Suite 700
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Gibson, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/4/05

(BY) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 2-8-41 |
| NAME OF SERVER (PRINT) Anthony J Latalia | TITLE FEO - CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ADVANCED NETWORK TECHNOLOGY SUITE 5 / 1 CITIZENS PLAZA PROVIDENCE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): X [signature] AFS ADVANCED NETWORK TECHNOLOGY INC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 50.00 | 50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-8-05
*Date*

[signature]
*Signature of Server*

44 SAND RING RD WARWICK RI
*Address of Server*

FILED
2005 FEB 16 A 10:01
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.