# United States District Court

DISTRICT OF

International Brotherhood of Electrical Workers, Local Union #99; Allen P. Durnad, et al., Trustees; and The Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association

V.

Advanced Network Technology Corporation; Ronald Bartone

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 05 042 ML

TO: (Name and address of defendant)

Ronald Bartone
477 South Road
Wakefield, RI 02879

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Gibson, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Francis P. McCabe

DATE 2/4/05

(BY) DEPUTY CLERK

3

AO 440 (Rev. 10/93) Summons in a Civil Ac...

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2-10-05 |
|---|---|
| NAME OF SERVER *(PRINT)* Anthony J. LaFazia | TITLE FED. CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: MRS BARTONE ACCEPTED SERVICE FOR MR BARTONE AT 477 SOUTH RD WAKEFIELD

☐ Returned unexecuted: ____________

☐ Other *(specify)*: ____________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | 50.00 | 50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2-10-05
*Date*

[signature]
*Signature of Server*

44 CANO POND RD WARWICK
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
2005 FEB 16 A 10:0
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.