UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION #99; ALLEN P. DURAND, et al, TRUSTEES; AND THE RHODE ISLAND and SOUTHEAST MASSACHUSETTS CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION

Plaintiff

- v –

ADVANCED NETWORK TECHNOLOGY CORPORATION; RONALD BARTONE

Defendants

**CIVIL ACTION**
**No. 05-042-T** ML

**ANSWER**

The Defendant, Ronald Bartone ("Bartone") answers the Plaintiff's Complaint in this matter as follows:

1. Bartone denies the allegations contained in paragraphs 15-19 of the Plaintiffs' Complaint.

2. Bartone denies the allegations contained in paragraphs 20-26 of Plaintiffs' Complaint

WHEREFORE, Defendant Bartone requests that this Court dismiss the Plaintiffs' Complaint and award it costs of defense, including attorneys' fees.

RONALD BARTONE
Pro Se

Date: February 25, 2005

By: ______________________
Ronald Bartone

P121619.1

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2005, I sent a true copy of the within, via first-class mail, postage prepaid, to Jeffrey M. Gibson, Rodio & Ursillo, Ltd., 86 Weybosset Street, Providence, RI 02903.

Ronald Bartone