**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 99 and ALLEN P. DURAND et al., TRUSTEES, | : | |
| and | : | |
| Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association, | : | |
| Plaintiffs | : | |
| v. | : | CA. NO. 05 - 042 T/ML |
| Advanced Network Technology Corporation and Ronald Bartone | : | |
| Defendants | : | |

**AFFIDAVIT**

I, Jeffrey M. Gibson, Esq., being first duly sworn under oath, do hereby depose and say as follows:

1. That I am attorney of record for Plaintiffs, International Brotherhood of Electrical Workers Local Union No. 99 and Allen P. Durand, et al, trustees ("Local 99") and Rhode Island & Southeast Massachusetts Chapter, National Electrical Contractors Association ("NECA");

2. That I have personal knowledge of the facts as set forth herein;

3. That on or about February 4, 2005, a Complaint was filed against Defendant, Advanced Network Technology Corporation and Ronald Bartone;

4. That on or about February 8, 2005, I caused a copy of said Complaint and an original copy of the Summons to be served upon Defendant Advanced Network Technology Corporation (the "Corporate Defendant") by Ocean State Constable Services. A copy of the duly



7

executed Summons is attached hereto as EXHIBIT A and incorporated herein by reference;

5. That the Corporate Defendant has not answered the Complaint or otherwise appeared in this action;

6. That attached hereto as EXHIBIT B (which exhibit is incorporated herein by reference) is a printout prepared by Plaintiff Local 99 which accurately reflects the outstanding balance owed by the Corporate Defendant.

7. That pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs are entitled to a default judgment against the Corporate Defendant which shall *inter alia* order the Corporate Defendant to pay to the following amounts (also, see printout attached):

(a) To Local 99, the sum of $32,885.76; and

(b) To NECA, the sum of $2,826.78.

8. That the Corporate Defendant is a corporation and not entitled to relief under the Soldiers' and Sailors' Civil Relief Act of 1940; and

9. That according to records at the Rhode Island Secretary of State the Corporate Defendant maintains a business address at 477 South Road, Wakefield, RI.

[signature]

Jeffrey M. Gibson, Esq. (#3046)
86 Weybosset Street
Suite 400
Providence, RI 02903
(401) 331-6400

Subscribed and sworn to before me on this 23rd day of May, 2005.

[signature]
Notary Public

# United States District Court

DISTRICT OF

International Brotherhood of Electrical Workers, Local Union #99; Allen P. Durnad, et al., Trustees; and The Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association

V.

Advanced Network Technology Corporation; Ronald Bartone

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 0 0427

TO: (Name and address of defendant)

Stephen D. Zubiago, Esq., As Registered Agent for Advanced Network Technology
Nixon Peabody
One Citizens Plaza, Suite 700
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Gibson, Esq.
Rodio & Ursillo, Ltd.
86 Weybosset Street
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within Twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/4/05

(BY) DEPUTY CLERK

**EXHIBIT A**

## ADVANCED NETWORK TECH

| DATE | HOURS | GROSS | HEALTH | PENSION | ANNUITY | JATC | DUES | BLDG | PAC | RILMCC | NEBF | AMF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCTOBER | 893.00 | 16,942.20 | 4,067.79 | 934.88 | 1,127.17 | 169.42 | 648.04 | 169.42 | 44.65 | 89.30 | 508.27 | |
| EMBER | 894.00 | 17,795.45 | 4,072.35 | 973.34 | 1,257.74 | 177.95 | 680.68 | 177.95 | 44.70 | 89.40 | 533.86 | |
| DECEMBER | 886.50 | 17,042.72 | 4,038.18 | 869.71 | 1,014.66 | 170.43 | 651.88 | 170.43 | 44.33 | 88.65 | 511.28 | |
| JANUARY | 1,447.63 | 28,708.66 | 6,594.24 | 1,403.62 | 1,637.55 | 287.09 | 1,098.11 | 287.09 | 72.36 | 144.76 | 861.26 | |
| TOTAL | 4,121.13 | 80,489.03 | 18,772.56 | 4,181.55 | 5,037.12 | 804.89 | 3,078.71 | 804.89 | 206.04 | 412.11 | 2,414.67 | - |

| | |
|---|---|
| DUE LOCAL | 32,885.76 |
| DUE NECA | 2,826.78 |

4-Feb-04

EXHIBIT B