**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 99 and ALLEN P. DURAND et al., TRUSTEES,

and

Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association,

Plaintiffs

v. CA. NO. 05 - 042 T ML

Advanced Network Technology Corporation and Ronald Bartone

Defendants

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Since the balance owed is a sum certain, please enter a default against the Defendant, Advanced Network Technology Corporation pursuant to Rule 55(a) of the Federal Court Rules of Civil Procedure for failure to plead or otherwise defend this action. In support of this Application, Plaintiff hereby relies upon and incorporates by reference the Affidavit of Jeffrey M. Gibson, Esq.

Respectfully Submitted,
International Brotherhood of Electrical Workers
Local Union No. 99 and Allen P. Durand, et al,
trustees, By Their Attorneys,

Dated: May 19, 2005

Jeffrey M. Gibson (#3046)
RODIO & URSILLO, LTD.
86 Weybosset Street
Providence, RI 02903
(401) 331-6400

**AS TO DEFENDANT ADVANCED NETWORK TECHNOLOGY CORP.:**

**DEFAULT HEREBY ENTERED:**

**DEPUTY CLERK**
5-26-05



8

Rhode Island & Southeast Massachusetts Chapter,
National Electrical Contractors Association
By Their Attorneys,

Dated: May 19, 2005

Jeffrey M. Gibson (#3046)
RODIO & URSILLO, LTD.
86 Weybosset Street
Providence, RI 02903
(401) 331-6400

CERTIFICATION

The undersigned hereby certifies that a true and correct copy of the foregoing Application to Clerk For Entry of Default was forwarded by first class mail, postage pre-paid to Advanced Network Technology Corporation at 477 South Road, Wakefield, RI 02879 on this 23rd day of May, 2005.

Karen a. mcnally