**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 99 and ALLEN P. DURAND et al., TRUSTEES,

and

Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association,

Plaintiffs

v. CA. NO. 05 - 042 T

Advanced Network Technology Corporation and Ronald Bartone

Defendants

**REQUEST FOR ENTRY OF DEFAULT JUDGMENT BY CLERK**

Pursuant to Rule 55(b)(1) of the Federal Court Rules of Civil Procedure, Plaintiffs hereby request the Entry of Default Judgment against the Defendant, Advanced Network Technology Corporation and an Order instructing Defendant Advanced Network Technology Corporation to pay to Plaintiffs the following sums; (a) To the Local 99 trust funds, the sum of $32,885.76; and (b) To NECA, the sum of $2,826.78.

In support of this Request, Plaintiffs hereby rely upon and incorporate by reference the Affidavit attached hereto as **EXHIBIT A**.

Respectfully Submitted,
International Brotherhood of Electrical Workers Local Union No. 99 and Allen P. Durand, et al, trustees, By Their Attorneys,

Dated: May 31, 2005

Jeffrey M. Gibson (#3046)
RODIO & URSILLO, LTD.
86 Weybosset Street
Providence, RI 02903
(401) 331-6400

Rhode Island & Southeast Massachusetts Chapter,
National Electrical Contractors Association
By Their Attorneys,

Dated: May 31, 2005

Jeffrey M. Gibson (#3046)
RODIO & URSILLO, LTD.
86 Weybosset Street
Providence, RI 02903
(401) 331-6400

CERTIFICATION

The undersigned hereby certifies that a true and correct copy of the foregoing Request for Entry of Default Judgment By Clerk was forwarded by first class mail, postage pre-paid to Advanced Network Technology Corporation, 477 South Road, Wakefield, RI 02879 on this 31st day of May, 2005.

Karen A. McNally

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 99 and ALLEN P. DURAND et al., TRUSTEES,

and

Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association,

Plaintiffs

v. CA. NO. 05 - 042 T

Advanced Network Technology Corporation and Ronald Bartone

Defendants

**AFFIDAVIT**

I, Jeffrey M. Gibson, Esq., being first duly sworn under oath, do depose and say as follows:

1. That I am attorney of record for Plaintiffs, International Brotherhood of Electrical Workers Local Union No. 99 and Allen P. Durand, et al, trustees ("Local 99") and Rhode Island & Southeast Massachusetts Chapter, National Contractors Association ("NECA");

2. That I have personal knowledge of the facts as set forth herein;

3. That the Defendant Advanced Network Technology Corporation has failed to plead or otherwise defend in this action as provided by the rules of this Court;

4. That on May 26, 2005, the default of Defendant Advanced Network Technology Corporation was duly entered pursuant to Rule 55(a) of the Federal Court Rules of Civil Procedure;

5. That the Defendant Advanced Network Technology Corporation is a corporation and not entitled to relief under the Soldiers' and Sailors' Civil Relief Act of 1940;

6. That according to records at the Rhode Island Secretary of State Defendant Advanced Network Technology Corporation maintains a business address at 477 South Road, Wakefield, RI 02879.

7. That attached hereto as EXHIBIT A (which exhibit is incorporated herein by reference) is a printout prepared by Plaintiff Local 99 which accurately reflects the outstanding balance owed by Defendant Advanced Network Technology Corporation.

8. That Local 99 and NECA commenced this action to collect the sums owed from the Defendant Advanced Network Technology Corporation;

9. That the Defendant Advanced Network Technology Corporation has no setoffs or counterclaims and there is no defense to this action; and

10. That this Affidavit is executed by the Affiant in accordance with Rule 55(b)(1) of the Federal Court Rules of Civil Procedure.

Jeffrey M. Gibson, Esq. (#3046)
86 Weybosset Street
Suite 400
Providence, RI 02903
(401) 331-6400

Subscribed and sworn to before me on this 31st day of May, 2005.

Karen A. McNally
Notary Public

**ADVANCED NETWORK TECH**

| DATE | HOURS | GROSS | HEALTH | PENSION | ANNUITY | JATC | DUES | BLDG | PAC | RILMCC | NEBF | AMF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCTOBER | 893.00 | 16,942.20 | 4,067.79 | 934.88 | 1,127.17 | 169.42 | 648.04 | 169.42 | 44.65 | 89.30 | 508.27 | |
| EMBER | 894.00 | 17,795.45 | 4,072.35 | 973.34 | 1,257.74 | 177.95 | 680.68 | 177.95 | 44.70 | 89.40 | 533.86 | |
| DECEMBER | 886.50 | 17,042.72 | 4,038.18 | 869.71 | 1,014.66 | 170.43 | 651.88 | 170.43 | 44.33 | 88.65 | 511.28 | |
| JANUARY | 1,447.63 | 28,708.66 | 6,594.24 | 1,403.62 | 1,637.55 | 287.09 | 1,098.11 | 287.09 | 72.36 | 144.76 | 861.26 | |
| **TOTAL** | **4,121.13** | **80,489.03** | **18,772.56** | **4,181.55** | **5,037.12** | **804.89** | **3,078.71** | **804.89** | **206.04** | **412.11** | **2,414.67** | - |

| | |
|---|---|
| **DUE LOCAL** | **32,885.76** |
| **DUE NECA** | **2,826.78** |

4-Feb-04

**EXHIBIT A**