UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 05-42ML** **DATE: June 17, 2005**

**TITLE: I.B.E.W. LOCAL 99, ET AL v. ADVANCED NETWORK, ET AL**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Jeffrey Gibson**

**Defendant:**

**************************************************************************

**Proceedings: Rule 16 Conference**

**Counsel for plaintiff present. No one present for defendants. Court enters pre-trial order.**