**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 99 and ALLEN P. DURAND et al., TRUSTEES,

and

Rhode Island and Southeast Massachusetts Chapter, National Electrical Contractors Association,

Plaintiffs

v. CA. NO. 05 - 042 T ML

Advanced Network Technology Corporation and Ronald Bartone

Defendants

RECEIVED JUN 02 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## ENTRY OF DEFAULT JUDGMENT BY CLERK

In this action Judgment is hereby entered against Defendant Advanced Network Technology Corporation. Further, Defendant Advanced Network Technology Corporation is ordered to pay to the Plaintiffs the following sums:

(a) To the Local 99 trust funds, the sum of $32,885.76; and

(b) To NECA, the sum of $2,826.78.

DATE ENTERED: 6/29/05

Barbara Barletta, CLERK

Mary M. Lisi USDJ ~~JUSTICE~~
6/28/05

**CERTIFICATION**

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Default Judgment By Clerk was forwarded by first class mail, postage pre-paid to Advanced Network Technology Corporation, 477 South Road, Wakefield, RI 02879 on this 31st day of May, 2005.

Karen A. McNally