**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 25 2006
Property of U.S. District Court
District of Rhode Island

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 99 and ALLEN P. DURAND et al., TRUSTEES, and RHODE ISLAND AND SOUTHEAST MASSACHUSETTS CHAPTER, NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION,

Plaintiffs

v. CA. NO. 05-042 ML

ADVANCED NETWORK TECHNOLOGY CORPORATION and Ronald Bartone

Defendants

DISMISSAL STIPULATION

The Plaintiffs, having decided it is not economically prudent to pursue the litigation against Defendant Ronald Bartone, the above-entitled litigation is hereby dismissed with prejudice, no interest and no costs.

Plaintiffs,
By Their Attorneys,

Dated: 10/23/06

Jeffrey M. Gibson, Esq. (#3046)
RODIO & URSILLO, LTD.
86 Weybosset Street
Providence, RI 02903
(401) 331-6400

Defendant
Ronald Bartone, pro se

Dated: 10/11/06

Ronald Bartone
477 South Road
Wakefield, RI 02879
(339) 222-6496

Enter: Mary M. Lisi
USDJ
10/25/06